AO91 (Rev. 12/03)  Criminal Complaint

*Felony*

AUSA

United States District Court
Southern District of Texas
**FILED**

APR 2 3 2019

David J. Bradley, Clerk of Court

# UNITED STATES DISTRICT COURT

Southern District Of Texas Brownsville Division

## UNITED STATES OF AMERICA
### vs.

William Elvis MILLER
A200 564 014 Honduras
AKA Jose Antonio MENDOZA

## CRIMINAL COMPLAINT

Case Number: B-19- 498-MJ

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about _____April 22, 2019_____ in _____Cameron_____ County, in the _____Southern District Of Texas_____ defendant(s)

an alien who had previously been denied admission, excluded, deported, or removed, knowingly and unlawfully was present in the United States having been found in Cameron County, Texas, the said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States,

in violation of Title _____8_____ United States Code, Section(s) _____1326(a)(1)/(b)(1)_____

I further state that I am a(n) _____Border Patrol Agent_____ and that this complaint is based on the following facts:

The defendant was encountered by Border Patrol Agents conducting Linewatch operations near Brownsville, Texas on April 22, 2019. The defendant is a citizen and national of Honduras who was previously deported, excluded or removed from the United States on February 28, 2011. The defendant was convicted of Purchase/Possess/Control-Drug name must be entered in charge comment field on January 26, 2004. Record checks revealed that the defendant has not applied for permission from the proper Authorities to re-enter the United States.

Defendant had $1.00 USD and $880.00 Mexican pesos at the time of arrest.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

_____
Signature of Complainant

Ramirez, Jesus M.    Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

_____April 23, 2019_____
Date

at   _____Brownsville, Texas_____
City/State

Ignacio Torteya III        U.S. Magistrate Judge
Name of Judge                Title of Judge

_____
Signature of Judge